UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:23cv08201CAS(PDx)                                            Date: November 20, 2023

Title   *NOEL LUSTIG, M.D., INC. DBA PSYCHOIATRIC MEDICAL GROUP v. GOLDEN EAGLE INSURANCE CORP; ET AL.*

Present: The Honorable:   CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:
Alan Goldberg

Attorneys Present for Defendants:
Norman Lau
Mona Aghazadeh-Sanaei

**Proceedings:**   **ZOOM HEARING RE:** MOTION TO REMAND ACTION TO LOS ANGELES SUPERIOR COURT [10] (Filed 10/20/2023)

Hearing held by Zoom and counsel are present. Tentative order provided. The Court confers with counsel and counsel argue. The Court orders Supplemental Briefing, as follows:

- Plaintiff's Supplemental Brief shall be filed no later than November 27, 2023; and
- Defendants' Supplemental Brief shall be filed no later than December 8, 2023.

Upon receipt of the supplemental briefing, the matter will stand submitted and the Court takes the Motion to Remand Action to Lois Angeles Superior Court under submission. Thereafter, the Court will issue a final ruling.

                                                                            00:15
**Initials of Preparer**     CMJ